# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**Honorable** Donald R. Cassling    **Hearing Date** April 7, 2015

**Bankruptcy Case No.** 15 B 00608    **Adversary No.**

**Title of Case** Janice A Karella

**Brief Statement of Motion** Application to Pay Filing Fees In Installments (Docket no. 27)

**Names and Addresses of moving counsel**

**Representing**

## ORDER

IT IS HEREBY ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the application. The order entered January 13, 2015 (docket no. 7) is vacated.

*/s/ Donald R. Cassling*